UNITED STATES of America,
Plaintiff–Appellee,

v.

Demond Monta EASTER,
Defendant–Appellant.

No. 03–10540
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

June 4, 2004.

Susan B. Cowger, Paul David Macaluso, US Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Demond Monta Easter, Sugar Land, TX, pro se.

Before JONES, BENAVIDES and CLEMENT, Circuit Judges.

PER CURIAM:*

Jason Hawkins, the Assistant Federal Public Defender appointed to represent Demond Monta Easter, has requested leave to withdraw from this appeal and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Hawkins notes that Easter waived his right to appeal his sentence, with certain exceptions, and Hawkins asserts that Easter's sentencing presents no nonfrivolous issue for appeal. Easter has received a copy of Hawkins's motion and brief, but he has filed no response.

Our independent review of the record reveals no potentially meritorious issues for appeal not discussed by counsel. Accordingly, Hawkins's motion for leave to withdraw is **GRANTED**, counsel is excused from further responsibilities in this case, and the appeal is **DISMISSED**. *See* 5TH CIR. R. 42.2.

**MOTION GRANTED; APPEAL DISMISSED.**

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.